# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj0047 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Martin Cunningham | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/23/08__ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [✓] Defendant released on $__40,000__ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

RECEIVED 2008 JAN 23 A 4:24 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

~~OR~~
W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY